ACCEPTED
14-15-00540-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
7/21/2015 10:21:33 AM
CHRISTOPHER PRINE
CLERK

NO. 14-15-00540-CV

IN THE COURT OF APPEALS
FOR THE FOURTEENTH DISTRICT AT HOUSTON, TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
7/21/2015 10:21:33 AM
CHRISTOPHER A. PRINE
Clerk

IN RE MATTHEW WALTER MAHONEY, RELATOR

## MOTION TO EXTEND TIME TO FILE RESPONSE TO PETITION FOR WRIT OF MANDAMUS

TRIAL COURT CASE NUMBER 2006-45711
TRIAL COURT: 247th Judicial District Court, Harris County, Texas
The Honorable John Schmude, Presiding Judge

ZIMMERMAN LAW FIRM, L.L.P.
Marcia Zimmerman
State Bar No. 22270050
mzim@zimlaw.com
Kristen A. Black
State Bar No. 24055179
kblack@zimlaw.com
Melinda M. Metz
State Bar No. 24043641
mmetz@zimlaw.com
400 North Texas Avenue, Suite C
Webster, Texas 77598
(281) 557-1300
(281) 557-1344 Facsimile
Attorneys for KELLI GREEN f/k/a
KELLI MAHONEY

NO. 14-15-00540-CV

IN THE COURT OF APPEALS
FOR THE FOURTEENTH DISTRICT OF HOUSTON TEXAS

IN RE MATTHEW WALTER MAHONEY, RELATOR

**MOTION TO EXTEND TIME TO FILE RESPONSE TO PETITION FOR WRIT OF MANDAMUS**

TO THE HONORABLE JUSTICES OF SAID COURT:

Real Party in Interest, KELLI GREEN f/k/a KELLI MAHONEY asks the Court to extend the time to file her Response to Petition for Writ of Mandamus.

1.     Relator is Matthew Walter Mahoney; Real Party in Interest is Kelli Green f/k/a Kelli Mahoney (hereinafter "KELLI").

2.     KELLI's Response to the Petition for Writ of Mandamus is due on July 21, 2015.

3.     KELLI requests an additional two weeks to file her Response to the Petition for Writ of Mandamus, extending her deadline until August 3, 2015.

4.     No extension has been granted to extend the time to file the Response to the Petition for Writ of Mandamus.

5.     KELLI relies on the following facts as a reasonable explanation for the requested extension of time:  The schedule of KELLI's counsel has not allowed

1

an opportunity to complete the response prior to the deadline. On the date that the Response to the Petition for Writ of Mandamus is due, KELLI's counsel is also ordered to respond to Relator's Petition for Writ of Habeas Corpus. Relator's briefs allege six issues for appellate court review. The undersigned counsel has also been required to attend her previously scheduled settings of contested hearings, and court appearances, including but not limited to defending an emergency application for protective order in Galveston County, Texas.

6.    The extension of time is necessary to allow KELLI's counsel an opportunity to properly prepare and respond to both Relator's Petition for Writ of Habeas Corpus and the Petition for Writ of Mandamus.

## D. Prayer

7.    For these reasons, KELLI asks the Court to grant an extension of the time to file her response until August 3, 2015.

Respectfully Submitted,

ZIMMERMAN LAW FIRM, L.L.P.

/s/ Kristen A. Black
Marcia Zimmerman
State Bar No. 22270050
Kristen A. Black
State Bar No. 24055179
Melinda M. Metz
State Bar No. 24043641
400 North Texas Avenue, Suite C
Webster, Texas 77598
(281) 557-1300
(281) 557-1344 Facsimile
Attorneys for KELLI GREEN

## CERTIFICATE OF CONFERENCE

As required by Tex. R. App. P. 10.1(a)(5) I certify that I have conferred with counsel for Relator who has indicated that he is not opposed to the requested extension of time.

/s/ Kristen A. Black
Kristen A. Black
Attorney for KELLI GREEN

3

## CERTIFICATE OF SERVICE

I certify that on the <u>21st</u> day of July, 2015 I served a copy of this Motion to Extend Time to File Response to Petition for Writ of Mandamus in accordance with rule 9.5 of the Texas Rules of Appellate Procedure on each party or that party's lead counsel as follows:

Party: MATTHEW W. MAHONEY

Lead attorney: Walter P. Mahoney, Jr.

Address of service: 4915 Holly Avenue Pasadena, Texas 77503

Method of service: Facsimile at (281) 998-9430

Date of service: July 21, 2015

/s/ Kristen A. Black
Kristen A. Black
Attorney for KELLI GREEN
